# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR GUTIERREZ-JARAMILLO,

        Petitioner,

        v.

C. SWAIN, Warden,

        Respondent.

Case No. CV 19-5126-JEM

**J U D G M E N T**

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 9, 2020

                 */s/ John E. McDermott*
                 JOHN E. MCDERMOTT
           UNITED STATES MAGISTRATE JUDGE